# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DELBERT WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV- 06-371-FHS |
| ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| et. al., ) | |
| ) | |
| Defendant. ) | |

## OPINION AND ORDER
## DENYING THIRD MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff has filed yet another motion requesting the court to appoint counsel [Docket No. 60]. He bears the burden of convincing the court that his claim has sufficient merit to warrant appointment of counsel. *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing *United States v. Masters*, 484 F.2d 1251, 1253 (10th Cir. 1973)). The court has carefully reviewed the merits of plaintiff's claims again, the nature of factual issues raised in his allegations, and his ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After considering plaintiff's ability to present his claims and the complexity of the legal issues raised by the claims, the court again finds that appointment of counsel is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991); *see also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995). ACCORDINGLY, plaintiff's motion [Docket No. 60] is DENIED.

**IT IS SO ORDERED** this 15th day of April, 2009.

/s/ Frank H. Seay
Frank H. Seay
United States District Judge